

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2019

No. 04-19-00169-CV

**IN RE E.F.M. AND L.G.Z.**, Children,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01600
Honorable Richard Garcia, Judge Presiding

# O R D E R

The State's motion for an extension of time to file its brief is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court